**AD VILLARAI, LLC, Appellant**

v.

**Chan Il PAK, Appellee**

No. 05–15–00079–CV

Court of Appeals of Texas, Dallas.

April 6, 2016

William F. Lepage, Peter C. D'Apice, David M. Pruessner, Dallas, TX, for Appellant.

John Sokatch, James R. Krause, Veretta Lynn Frazier, Dallas, TX, for Appellees.

Before Justices Francis, Evans, and Stoddart

## ORDER

### CRAIG STODDART, JUSTICE

Before Justices Francis, Evans, and Stoddart Before the Court is appellant's motion for rehearing. The motion is **DE-NIED**.

Evans, J., dissenting

## ON MOTION FOR REHEARING

David Evans, Justice, dissenting.

For the reasons expressed in my dissenting opinion on motion for rehearing in *Chan Pak v. Ad Villarai, LLC*, No. 05–14–01312–CV (issued this same day), I respectfully dissent from the denial of the motion for rehearing in this case.